UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHIVA STEIN, | : |
| | : |
| Plaintiff, | : Civ. No. 1:22-cv-00903-JPC |
| | : |
| v. | : |
| | : |
| R.R. DONNELLEY & SONS COMPANY, JOHN C. POPE, IRENE M. ESTEVES, SUSAN GIANINNO, DANIEL L. KNOTTS, TIMOTHY R. MCLEVISH, JAMIE MOLDAFSKY, and JAMES RAY, | : |
| | : |
| Defendants. | : |

---

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shiva Stein hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED: March 7, 2022                              Respectfully submitted,

**MELWANI & CHAN LLP**

/s *Gloria Kui Melwani*
Gloria Kui Melwani (GM5661)
1180 Avenue of the Americas, 8th Floor
New York, New York 10036
Tel: (212) 382-4620
Email: gloria@melwanichan.com

*Attorneys for Plaintiff*